# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Harry | United States Court of Appeals for Ninth Circuit | 07/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

21800 Oxnard Street
Suite 1140
Woodland Hills, Ca 91367

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Marine Corps Reserve Officers Association |
| 2. | Member | Advisory Board, Childhelp USA |
| 3. | Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |
| 4. | Member | Board of Trustees, Devil Pups, Inc |
| 5. | Member | Advisory Board, Foundation for Pierce College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of California Judge's Retirement System | $17,387.00 |
| 2. 2011 | GGWH LLC - Nonemployee Compensation | $18,000.00 |
| 3. 2011 | Raymond James & Assoc - IRA | $1,074.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Los Angeles Community College District - Salary |
| 2. 2011 | Raymond James & Assoc - IRA |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Lot 59, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 2. | Lot 60, Oxnard Shoes, CA (1964) | | None | O | W | | | | | |
| 3. | Lot 88, Woodland Hills, CA | | None | O | W | | | | | |
| 4. | Limited Partnership Interest in Penn Cal Investors, Cal LTD | G | Rent | O | U | | | | | |
| 5. | CGM403(B) Custodian UIPL LA Community College | | | | | | | | | |
| 6. | - CG Capital Markets Money Market Fund | A | Dividend | K | T | | | | | |
| 7. | - CG Capital Markets Core Fixed Income Fund | B | Dividend | L | T | Buy (add'l) | 07/26/11 | L | | |
| 8. | - CG Capital Markets Lg Capital Value Investments | C | Dividend | M | T | Buy (add'l) | 07/26/11 | K | | |
| 9. | | | | | | Sold (part) | 10/15/11 | J | D | |
| 10. | - CG Capital Markets Sm Capital Value Investments | A | Dividend | J | T | Buy (add'l) | 07/26/11 | J | | |
| 11. | | | | | | Sold (part) | 10/15/11 | J | A | |
| 12. | - CG Capital Markets Emerging Markets Investments | B | Dividend | L | T | Buy (add'l) | 07/26/11 | K | | |
| 13. | | | | | | Sold (part) | 10/15/11 | J | A | |
| 14. | - CG Capital Markets International Fixed Income Investments | B | Dividend | K | T | Buy (add'l) | 07/26/11 | K | | |
| 15. | - CG Capital Markets International Equity Investments | B | Dividend | K | T | Buy (add'l) | 07/26/11 | K | | |
| 16. | | | | | | Sold (part) | 10/15/11 | K | C | |
| 17. | - CG Capital Markets Lg Cap Growth Investment | A | Dividend | M | T | Buy (add'l) | 07/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/15/11 | K | D | |
| 19. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | K | T | Buy (add'l) | 08/26/11 | K | | |
| 20. | | | | | Sold (part) | 10/15/11 | J | A | |
| 21. Morgan Stanley | | | | | | | | | |
| 22. Western Asset Money Mkt Cl A | A | Distribution | | | Distributed | 04/21/11 | N | | |
| 23. Morgan Stanley Liquid Asset Fund, Inc. | B | Dividend | L | T | Buy | 04/21/11 | N | | |
| 24. Chase | A | Interest | M | T | | | | | |
| 25. MorganStanley | | | | | | | | | |
| 26. - CG Capital Markets International Equity Investments | B | Dividend | K | T | Buy (add'l) | 07/26/11 | K | | |
| 27. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | M | T | Buy (add'l) | 08/26/11 | L | | |
| 28. - Citicorp Trust Bank ??? | A | Interest | K | T | | | | | |
| 29. - Citibank NA South Dakota BDP ??? | A | Interest | M | T | | | | | |
| 30. - CG Capital Markets - Money Market | A | Interest | J | T | | | | | |
| 31. - CG Capital Markets Core Fixed Income | C | Dividend | L | T | Buy (add'l) | 10/07/11 | L | | |
| 32. - CG Capital Markets Lg Capital Value Investments | B | Dividend | M | T | Buy (add'l) | 08/26/11 | L | | |
| 33. - CG Capital Markets Sm Capital Value Investments | A | Dividend | J | T | Buy (add'l) | 08/26/11 | J | | |
| 34. - CG Capital Markets Emerging Markets Investments | C | Dividend | L | T | Buy (add'l) | 08/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CG Capital Markets International Fixed Income Investments | B | Dividend | K | T | Buy (add'l) | 10/07/11 | K | | |
| 36. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | K | T | Buy (add'l) | 08/26/11 | J | | |
| 37. Raymond James | | | | | | | | | |
| 38. - Bank of China - NY Certificate of Deposit | A | Interest | M | T | | | | | |
| 39. - American Express Centurion Bank | A | Interest | | | Distributed | 10/31/11 | M | | |
| 40. - Ally Bank - UT DTD 03/31/10 | B | Interest | M | T | | | | | |
| 41. Northern Trust | | | | | | | | | |
| 42. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 43. - MFB NTHN CA Mun Money Mkt | A | Interest | M | T | | | | | |
| 44. Raymond James | | | | | | | | | |
| 45. - JP Morgan Chase CO Notes | B | Interest | K | T | | | | | |
| 46. - Microsoft Coporation Stock | A | Dividend | K | T | | | | | |
| 47. - FHLM 2.5% Due 10/15/22 | B | Interest | L | T | | | | | |
| 48. - American Express MM | A | Interest | N | T | | | | | |
| 49. - Seadrill Limited Corporate Stock | D | Dividend | L | T | Buy | 03/30/11 | L | | |
| 50. Raymond James IRA #1: American Express Bank | A | Dividend | J | T | Distributed (part) | 12/18/11 | J | | |
| 51. Raymond James IRA #2: Raymond James Bank | A | Interest | J | T | Distributed (part) | 12/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harry Pregerson 1996 Irrevocable Trust | | | | | | | | | |
| 53. - USBank Bank | A | Interest | J | T | | | | | |
| 54. - Janus Fund | A | Dividend | J | T | | | | | |
| 55. Ing Direct - Orange Savings | B | Interest | P2 | T | | | | | |
| 56. - Orange Savings | B | Interest | | | Closed | 03/01/11 | J | | |
| 57. City National Bank | | | | | | | | | |
| 58. - CDs/MM | A | Interest | N | T | | | | | |
| 59. - Checking Accts | A | Interest | N | T | | | | | |
| 60. Janus Money Market Fund D | A | Int./Div. | | | Closed | 03/01/11 | N | | |
| 61. Wells Fargo Bank | A | Interest | N | T | | | | | |
| 62. Vanguard 403(B)7 A/C Total Bond Mkt Index Inv | A | Dividend | K | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# 52 was shown in 2010 as "Raymond James IRA #1: Microsoft Corporation Stock. It should have been shown as cash.

#53 is a name change for the cash in bank

#7 is a header

#23 is a header

#37 is a header

#39 is a header

#43 is a header

#46 is a header

#54 is a header

#59 is a header

#3 On amended returtn previous lines 3, 4 and 5 are combined into line #3.

On amended return, Section I, added line 5.

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/25/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harry Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544